IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 12-cv-03358-CMA-BNB

C.S., an unemancipated person, through his parents and next friends,
Michael and Cynthia Schaffer,

    Plaintiff,

v.

PLATTE CANYON SCHOOL DISTRICT NO.1,
JAMES WALPOLE, Superintendant, in his official and individual capacities,
MIKE SCHMIDT, Principal in his official and individual capacities,
MELISSA COOPER, Special Education Director in her official and individual capacities,
DANIEL DESLAURIERS, Special Education Director in his official and individual capacities, and
MEGGIN STOUT, Special Education Director in her official and individual capacities

    Defendants.

---

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO DISMISS SECTION 504 AND ADA CLAIMS AGAINST INDIVIDUAL DEFENDANTS

---

This matter is before the Court on Plaintiff's Unopposed Motion To Dismiss Section 504 and ADA Claims Against Individual Defendants (Doc. # 20). The Court having reviewed the motion and the case file, and considering the terms of the dismissal proper, hereby GRANTS said Motion. It is, therefore,

ORDERED that the following claims are DISMISSED WITHOUT PREJUDICE, each party to pay its own costs and attorneys fees:

- Section 504 of the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794 ("Section 504") claims against individual Defendants James Walpole, Mike Schmidt, Melissa Cooper, Daniel Deslauriers, and Meggin Stout.

- Americans With Disabilities Act, 42 U.S.C. § 12101 *et seq*. claims against individual Defendants James Walpole, Mike Schmidt, Melissa Cooper, Daniel Deslauriers, and Meggin Stout.

ORDERED this   1st   day of May, 2013.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge