IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03358-CMA-BNB

C.S., an unemancipated person, through his parents and next friend, MICHAEL AND CYNTHIA SCHAFFER,
MICHAEL SCHAFFER, and
CYNTHIA SCHAFFER,

Plaintiffs,

v.

PLATTE CANYON SCHOOL DISTRICT NO. 1,
JAMES WALPOLE,, Superintendant, in his individual and official capacity,
MIKE SCHMIDT, Principal, in his individual and official capacity,
MELISSA COOPER, Special Education Director, in heir individual and official capacities,
DANIEL DESLAURIERS, Special Education Director, in his individual and official capacities, and
MEGGIN STOUT, Special Education Teacher, in her individual and official capacities,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Modify the Scheduling Order** [docket no. 26, filed August 6, 2013] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

> The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **September 12, 2013**;
>
> The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **October 10, 2013**;
>
> Discovery Cut-off:            **November 7, 2013;**
> Dispositive Motion Deadline:  **November 20, 2013**.

      IT IS FURTHER ORDERED that the Pretrial Conference set for December 17, 2013, is **vacated and reset to January 23, 2014, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.5.1, is due on or before **January 16, 2014**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

DATED:  August 7, 2013