**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-03358-CMA-BNB

C.S., an unemancipated person, through his parents and next friends,
Michael and Cynthia Schaffer,

    Plaintiff,

v.

PLATTE CANYON SCHOOL DISTRICT NO.1,
JAMES WALPOLE, Superintendant, in his official and individual capacities,
MIKE SCHMIDT, Principal in his official and individual capacities,
MELISSA COOPER, Special Education Director in her official and individual capacities,
DANIEL DESLAURIERS, Special Education Director in his official and individual capacities, and
MEGGIN STOUT, Special Education Director in her official and individual capacities

    Defendants.

---

**ORDER DISMISSING CERTAIN CLAIMS AGAINST
CERTAIN INDIVIDUAL DEFENDANTS PURSUANT TO F.R.CIV.P. 41(a)(2),
AND TO AMEND CAPTION**

---

THE COURT, having considered Plaintiff's Unopposed Motion To Dismiss, Pursuant to Fed. R. Civ. P. 41(a)(2), Certain Claims Against Certain Individual Defendants, and considering the terms of the dismissal proper, hereby GRANTS said Motion.

It is ORDERED that the following claims are dismissed without prejudice, each party to pay his, her or its own costs and attorney fees:

    a.    All claims brought against Daniel Deslauriers, Special Education Director, in his individual and official capacities;

    b.    All claims brought against Melissa Cooper, Special Education Director, in her individual and official capacities;

    c.      All claims brought against James Walpole, Superintendent, in his individual and official capacities;

    d.      All claims brought against Mike Schmidt and Meggin Stout, <u>in their official capacities only</u>;

    e.      The Supervisory Liability claim pursuant to 42 U.S.C. § 1983 against Meggin Stout, individually only;

    f.      The *Fourteenth Amendment of the United State Constitution* procedural due process claim, pursuant to 42 U.S.C. § 1983, against Mike Schmidt individually only;

    g.      The state law claims of assault, battery, false imprisonment, extreme and outrageous conduct, invasion of privacy, and willful and wanton conduct against Mike Schmidt, individually only.

IT IS FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of James Walpole, Melissa Cooper, and Daniel Deslauriers as Defendants in this case; and the changes as to Mike Schmidt and Meggin Stout <u>in their individual capacities only</u>.

DATED: November __18__, 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge