**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-03358-CMA-BNB

C.S., an unemancipated person, through his parents and next of friends,
Michael and Cynthia Schaffer,

    Plaintiff,

v.

PLATTE CANYON SCHOOL DISTRICT NO.1,
MIKE SCHMIDT, Individually, and
MEGGIN STOUT, Individually,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order on Denying Motion to Dismiss and Granting in Part and Denying in Part Motion for Summary Judgment of Judge Christine M. Arguello entered on September 23, 2014 it is

ORDERED that this Court GRANTS IN PART Defendant's Motion for Summary Judgment (Doc. No. 44) and DISMISSES WITH PREJUDICE all of Plaintiff's federal claims. It further DISMISSES WITHOUT PREJUDICE Plaintiff's state law claims. It further affirms the Recommendation of Magistrate Judge Boland (Doc. No. 60). It is further

ORDERED that this Court DENIES or OVERRULES the Defendant's Motion to

to Exclude (Doc. No. 70) and Motion in Limine (Doc. No. 71); Defendants' Objections to the Recommendation (Doc. No. 61); and Defendants' Motion to Dismiss (Doc. No. 31). It is further

Ordered that this case is DISMISSED. It is further

Ordered that the Defendants shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 24th day of September, 2014.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ A. Thomas

Deputy Clerk